**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SIEMENS MEDICAL SOLUTIONS USA, INC.,**<br><br>        Plaintiff,<br><br>v.<br><br>**HUMEDICA, INC.,**<br><br>        Defendant. | § § § § § § § § § § §    **C.A. No. 14-880-LPS-CJB**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Siemens Medical Solutions USA, Inc., Non-Party Cerner Health Services, Inc., and Defendant Humedica, Inc. (collectively, "the Parties") file this Stipulation and Proposed Order dismissing with prejudice all claims, defenses, and counterclaims between the Parties, with each party bearing its own attorneys' fees, costs, and other expenses, and respectfully request the Court to enter this Stipulation and Proposed Order as an Order of the Court.

Dated: June 25, 2015

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *   /s/ Tiffany Geyer Lydon        * | *   /s/ Anna Shea Gaza        * |
| John G. Day (#2403) | Anne Shea Gaza (#4093) |
| Tiffany Geyer Lydon (#3950) | Samantha G. Wilson (#5816) |
| Andrew C. Mayo (#5207) | Rodney Square |
| 500 Delaware Ave., 8th Floor | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302)571-6600 |
| jday@ashby-geddes.com | agaza@ycst.com |
| tlydon@ashby-geddes.com | swilson@ycst.com |
| amayo@ashby-geddes.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Humedica, Inc.* |
| *Siemens Medical Solutions USA, Inc.* | |

1

MORRIS JAMES, LLP

  */s/ Mary B. Matterer*
Mary B. Matterer (#2696)
Richard K. Herrmann (#405)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com

Robert Reckers
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2992
(731) 227-8008
rreckers@shb.com

*Attorneys for Non-Party
Cerner Health Services, Inc.*

IT IS SO ORDERED on this _____ day of _____, 2015.

                                                                                                           _____
                                                                                                           United States District Judge